Mark Brnovich
Attorney General
Firm State Bar No. 14000

Christopher J. Dylla
Assistant Attorney General
State Bar No. 027114
Office of the Attorney General
2005 North Central Avenue
Phoenix, Arizona 85004-1592
Telephone: (602) 542-8389
Facsimile: (602) 542-4273
Email: christopher.dylla@azag.gov
Attorneys for the State of Arizona
 *ex rel*. Arizona Department of Revenue

IN THE UNITED STATES BANKRUPTCY COURT

IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 13 |
| DENEKA M. LECHUGA,<br>SSN: XXX-XX-6543 | Case No. 2:19-bk-09299-BKM |
| | **OBJECTION TO CONFIRMATION OF ORIGINAL CHAPTER 13 PLAN** |
| Debtor. | Docket No. 18 |

The State of Arizona *ex rel.* Arizona Department of Revenue ("Department") objects to the *Original Chapter 13 Plan* ("Plan"), filed by Deneka M. Lechuga ("Debtor") on August 15, 2019, as follows:

1. The Department is the agency empowered and entitled to enforce Arizona tax laws and regulations, including but not limited to individual income taxes, transaction privilege taxes ("TPT") and withholding taxes ("WTH"). A.R.S. §§ 43-208; 42-1004 *et seq.*; 43-101 *et seq.*

2. Debtor is an individual residing in the State of Arizona and upon information and belief

is required to file and pay certain tax liabilities to the Department, including individual income taxes. *See* A.R.S. §§ 43-301, 43-501.

3. The Department filed a proof of claim establishing a priority claim in the amount of $1,763.00. A true and accurate copy of the Department's *Original Proof of Claim* ("Claim") dated August 6, 2019 is No. 1-1 on the Court's Claims Register. In addition, the Department's Claim indicates that the Debtor has failed to file the tax return indicated below ("Outstanding Return"):

| Income | 2009 |
|---|---|
| TPT | Not Applicable |
| WTH | Not Applicable |

4. As indicated in the Department's Claim, the Debtor has failed to file all tax returns. Signed, dated, and non-redacted copies of the return may be sent to richard.graves@azag.gov, which the Department will accept as filed on the date that they are received by the Attorney General's Office.

5. The Department's Claim consists of liabilities that were either: (1) filed late and within two years of the current bankruptcy; or (2) filed after the commencement of this bankruptcy. These obligations are non-dischargeable under the "Two Year Rule" and the Department requests that language be included within an order of confirmation to clarify as much. 11 U.S.C. §§ 523(a)(1)(B)(ii), 1328(a)(2), *In re Savaria*, 317 B.R. 395 (9th Cir. BAP, 2009). The Department suggests the following:

> To the extent that the Arizona Department of Revenue's non-dischargeable liabilities are not paid in full through pro rata distributions under the Debtor's Plan or through direct payments outside of the plan, the unpaid balance along with postpetition and

2

post-confirmation interest shall **not** be discharged in accordance with 11 U.S.C. §§ 523(a)(1)(B)(ii) and 1328(a).

6. The Department reserves the right to amend, supplement, or withdraw its objection to confirmation.

## Conclusion

Any Chapter 13 plan proposed by the Debtor must provide for and eliminate the objections specified herein in order to be reasonable and to comply with applicable provisions of 11 U.S.C. § 1325. Since the Plan, as it is currently proposed, does not comply with 11 U.S.C. § 1325, the Plan cannot be confirmed.

WHEREFORE, the Department prays as follows:

1. That Confirmation of the proposed Chapter 13 Plan be denied, or in the alternative, that the Plan be amended or modified to remedy the Department's objections herein;

2. That failure of the Debtor to amend or modify the Plan to conform with the Bankruptcy Code in a reasonable time, that the Court dismiss or convert this case to a Chapter 7; and

3. For such other and further relief as this Court deems proper.

RESPECTFULLY SUBMITTED this 24th day of September, 2019.

                                      MARK BRNOVICH
                                      Attorney General

                                      /s/ CJD No. 027114
                                      Christopher J. Dylla
                                      Assistant Attorney General
                                      Attorney for the State of Arizona
                                        *ex rel.* Arizona Department of Revenue

ORIGINAL of the foregoing filed electronically this 24th day of September, 2019 with:

United States Bankruptcy Court
District of Arizona

COPY of the foregoing sent for mailing or by email* this 24th day of September, 2019 to:

Thomas A. McAvity, Esq. *
Phoenix Fresh Start Bankruptcy Attorneys
4742 North 24th Street, #300
Phoenix, AZ 85016
Email: tom@nwrelief.com
*Attorney for Debtor*

Russell A. Brown*
3838 North Central Avenue, Suite 800
Phoenix, AZ 85012-1965
Email: mail@ch13bk.com
*Chapter 13 Trustee*

/s/ R. Scott Graves
#8214790/BCE19-02612