Tom McAvity, 034403
Phoenix Fresh Start Bankruptcy
4742 N 24th St. Ste. 300
Phoenix, AZ 85016
Phone: 602-598-5075
Fax: 866-241-4176
Email: tom@phoenixfreshstartbankruptcy.com

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br>   DENEKA M. LECHUGA,<br><br>                      Debtor | Chapter: 13<br>Case No. 2-19-bk-09299-BKM<br><br>MOTION FOR EXTENSION OF TIME TO RESPOND TO TRUSTEE'S RECOMMENDATION |

    The Debtor, by and through undersigned counsel, requests an additional 14 days to comply with the Trustee's Recommendation. Debtor has signed off on a proposed stipulated order addressing all concerns raised in the Trustee's recommendation but needs additional time to satisfy an objection raised by the Arizona Department of Revenue regarding an unfiled 2009 tax return.

    WHEREFORE it is requested that the Debtor be given an additional 14 days to comply with the Trustee's Recommendation.

    DATED this 2nd day of December, 2019

                                                               Respectfully submitted:

                                                               /s/ Tom McAvity
                                                               Tom McAvity, 034403
                                                               Phoenix Fresh Start Bankruptcy
                                                               4742 N 24th St. Ste. 300
                                                               Phoenix, AZ 85016
                                                               Phone: 602-598-5075

# CERTIFICATE OF SERVICE

This is to certify that the foregoing was submitted on December 2, 2019 in the United States Bankruptcy Court for filing and transmittal of notice of electronic filing to the United States Trustee, the Chapter 13 Trustee and the ECF registrants appearing in this case. By:

/s/Tom McAvity