**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF ARIZONA**

In re:                                    ) Chapter: 13
                                          ) Case No. 2-19-bk-09299-BKM
   DENEKA M. LECHUGA               )
                                          ) ORDER EXTENDING DEADLINE TO
                                          ) RESPOND TO TRUSTEE'S
                                          ) RECCOMENDATION
                                          )
_____ Debtor _____

   Having reviewed and considered the Motion for Extension of Time to Respond to Trustee's Recommendation and good cause appearing.

      IT IS HEREBY ORDERED that Debtor shall have until December 16, 2019 to file all remaining missing Schedules and Statements.

**Dated & Signed Above**